IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nadia Cristina da Rocha Rosado,<br><br>Petitioner,<br><br>v.<br><br>Fred Figueroa, et al.,<br><br>Respondents. | No. CV-25-02157-PHX-DLR (CDB)<br><br>**ORDER** |

Before the Court is Petitioner Nadia Cristina da Rocha Rosado's Petition for Writ of Habeas Corpus (Doc. 1) and United States Magistrate Judge Camille D Bibles' Report and Recommendation ("R&R") (Doc. 14). The R&R recommends that the Court grant the petition forthwith. (*Id.* at 34.) The Magistrate Judge further recommended the Court order Rosado's immediate release from detention, that the hearing set for August 14, 2025, at Eloy, be vacated, and that Rosado's removal proceedings be transferred back to the Massachusetts Immigration Court. (*Id.*) Lastly, the Magistrate Judge recommended the Court expedite the deadline for objections and advised the parties that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). In the Court's August 11, 2025 Order (Doc. 15), the Court set a deadline for the filing of objections to the R&R of no later than 11:00 a.m. on August 13, 2025. Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See id.* at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any

issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 14) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Petitioner's petition (Doc. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner Nadia Cristina da Rocha Rosado be immediately released from detention.

**IT IS FURTHER ORDERED** that Petitioner's hearing scheduled for August 14, 2025, in Eloy, be **VACATED**.

**IT IS FURTHER ORDERED** that Petitioner's removal proceedings be transferred back to the Massachusetts Immigration Court.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly and terminate this case.

Dated this 13th day of August, 2025.

Douglas L. Rayes
Senior United States District Judge